UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE GUADALUPE FLORES-MARTINEZ, <br> Petitioner / Plaintiff, <br><br> v. <br><br> RODOLFO KARISCH, Chief Border Patrol Agent, <br> WILLIAM BARR, Attorney General of the U.S. <br> CHAD WOLF, Acting Secretary of DHS; and <br> UNITED STATES OF AMERICA, <br> Respondents / Defendants. | Civil Action No. 1:20-cv-00027 |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Jose Guadalupe Flores-Martinez's ("Plaintiff") "Unopposed Motion to Dismiss Without Prejudice" ("Motion") (Docket No. 7) in the above-captioned civil case. Plaintiff's Motion is **GRANTED**.

**IT IS ORDERED** that the instant case be **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **ORDERED** to close the case.

SIGNED this **6th** day of **March**, 2020.

_____
Rolando Olvera
United States District Judge

Agreed as to Form:

/s/ Jaime Diez
Attorney for Plaintiff

/s/ Christopher Pineda
Attorney for Defendant